**FILED**

MAR 31 2008

**SEALED BY ORDER OF COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: INDICTMENT OF
SHAILESHKUMAR JAIN,
a/k/a SAM JIAN

) No. CR 08-00197 RMW
)
)
) ORDER OF THE COURT SEALING
) INDICTMENT
)
)
)

Based on good cause appearing in the affidavit filed in support of the Indictment and the ongoing nature of the undercover activities contemplated by the Department of Homeland Security, it is hereby ordered that the Indictment in the above-entitled case be sealed until further order of the court.

**IT IS SO ORDERED.**

DATED: March 28, 2008

HON. RICHARD SEEBORG
United States Magistrate Judge
Northern District of California

SEALING ORDER



DOCUMENT NO  CSA's INITIALS
3
DISTRICT COURT
CRIMINAL CASE PROCESSING