| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332) |
| | United States Attorney |
| 2 | |
| | RICHARD C. CHENG (CASBN 135992) |
| 3 | Assistant U.S. Attorney |
| | 150 Almaden Boulevard, 9th Flr. |
| 4 | San Jose, California 95112 |
| | Telephone: (408) 535-5032 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | United States of America |

FILED
MAY 21 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. CR-08 00197-RMW |
|---|---|
| Plaintiff, | ) |
| | ) APPLICATION AND ORDER |
| v. | ) UNSEALING ARREST WARRANT |
| | ) INDICTMENT |
| SHAILESHKUMAR JAIN, | ) |
| Defendant. | ) |

On March 26, 2008, the Federal Grand Jury indicted the above named defendant for various offenses. Contemporaneously with the issuance of the arrest warrants, the District Court also ordered the sealing of the above-referenced indictment and arrest warrant of the named defendant.

According to defense attorney Emily Kingston, Esq., the Defendant intends to self-surrender on the arrest warrant and appear in court before United States Magistrate Judge Patricia V. Trumbull on Thursday, May 22, 2008 at 9:30 a.m.

In order to provide copies of the indictment to the defendant, it is necessary to unseal the Indictment and the corresponding arrest warrant.

Based upon the Defendant's stated intentions to self-surrender, the Government no longer has an interest in maintaining the confidentiality of the above-referenced Indictment and Arrest Warrant.

///

///

///

1   IT IS HEREBY BY REQUESTED, by the plaintiff, UNITED STATES OF AMERICA, through
2   its counsel, Joseph P. Russoniello, United States Attorney, and Richard C. Cheng, Assistant United
3   States Attorney, that: the indictment and corresponding arrest warrant of defendant SHAILESHKUMAR
4   JAIN associated with Indictment No. CR-08 00197-RMW be unsealed.

5-21-08
DATED

RICHARD C. CHENG
Assistant U.S. Attorney