FILED

MAY 21 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAILESHKUMAR JAIN<br><br>Defendants. | Criminal Case No. CR-08 00197-RMW<br><br>O R D E R |

The Court having considered the application of the United States, and for good cause shown, it is ordered that Indictment CR 08 00197-RMW and the associated arrest warrant for defendant SHAILESHKUMAR JAIN, shall be unsealed.

IT IS SO ORDERED.

DATED: 5/21/08

HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge
Northern District of California