UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Ronald M. Whyte, Presiding**
Courtroom 6 - 4th Floor

## Criminal Minute Order

Date: June 2, 2008                                                          Time in Court: 3 minute

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Lee-Anne Shortridge

---

**TITLE: United States of America v. Shaileshkumar Jain**
**CASE NUMBER**: CR08-00197RMW
Plaintiff Attorney present: Richard Cheng
Defendant Attorney present: Emily Kingston and Jay Weill

---

**PROCEEDINGS: Status Hearing**


Defendant is present.

Matter is continued to June 30, 2008 at 9:00 a.m. for Further Status Review.