1  MELVIN D. HONOWITZ (State Bar No. 57341)
   JAY R. WEILL (State Bar No. 75434)
2  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
3  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
4  Facsimile:    (415) 392-0827

5  Attorneys for Defendant SHAILESHKUMAR JAIN a/k/a SAM JAIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-08-00197 RMW |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF DEFENSE COUNSEL** |
| SHAILESHKUMAR JAIN, a/k/a SAM JAIN, | |
| Defendant. | |

The Defendant SHAILESHKUMAR JAIN, a/k/a SAM JAIN, by and through undersigned counsel, hereby respectfully submits a Notice of Appearance on behalf of Jay R. Weill.

Please make all necessary changes to the Court's Case Management Electronic Case Filing system to ensure that the above defense counsel is associated with this case and receive all emails relating to filings in this case

DATED: June 26, 2008                    Respectfully submitted,

                                        SIDEMAN & BANCROFT LLP


                                        By:  /s/ Jay R. Weill
                                             Jay R. Weill
                                             Attorneys for Defendant SHAILESHKUMAR JAIN
                                             a/k/a SAM JAIN