***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00197-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- SHAILESHKUMAR JAIN
          APPEARANCES:                  (P)

**PLTF:** AUSA: R. Cheng   **DEFT:** J. Weill

**COURT ACTION: STATUS HEARING**

**Hearing Held. The Court refers the pending motion for a bill of particulars and motion to compel discovery to Magistrate Judge Seeborg for 7/10/08 @ 9:30 AM. The defendant need not appear at the 7/10/08 motions hearing. The Court set a hearing date for the motion for an order authorizing the taking of foreign witness depositions for 7/21/08 @ 9:00 AM before Judge Whyte. Defendant must appear for 7/21/08 motions hearing.**

   */s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**