JAY R. WEILL (State Bar No. 75434)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

Attorneys for Defendant SHAILESHKUMAR JAIN a/k/a SAM JAIN

FILED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAILESHKUMAR JAIN, a/k/a SAM JAIN, <br><br> Defendant. | CASE NO. CR-08-00197 JMW (HRL) <br><br> **APPLICATION FOR PERMISSION TO FILE DECLARATION UNDER SEAL** |

The Defendant's Motion for a Bill of Particulars and Discovery is set to be heard on July 17, 2008 before Magistrate Judge Howard Lloyd. We request permission under L.R. 79-5(d) to file a Declaration of Defense counsel Jay R. Weill Under Seal in support of the Motion because the Declaration discloses the work product and trial strategy of defense counsel which the defense cannot be compelled to disclose to the Government.

DATED: July 10, 2008

Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: _____
Jay R. Weill
Attorneys for Defendant SHAILESHKUMAR JAIN
a/k/a SAM JAIN