1   JAY R. WEILL (State Bar No. 75434)
    SIDEMAN & BANCROFT LLP
2   One Embarcadero Center, Eighth Floor
    San Francisco, California 94111-3629
3   Telephone:    (415) 392-1960
    Facsimile:    (415) 392-0827
4
    Attorneys for Defendant SHAILESHKUMAR JAIN a/k/a SAM JAIN
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION
10
    UNITED STATES OF AMERICA,            CASE NO. CR-08-00197 JMW (HRL)
11
                Plaintiff,
12                                       **ORDER ON APPLICATION FOR
        v.                               PERMISSION TO FILE DECLARATION
13                                       UNDER SEAL**

14  SHAILESHKUMAR JAIN, a/k/a SAM JAIN,

15              Defendant.

16
        Upon Application of Defendant, the Declaration of Jay R. Weill shall be filed Under Seal.
17

18
    DATED: _____        _____
19                                 UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24  **RECEIVED**

25
        **JUL 1 1** 2008
26
            RICHARD W. WIEKING
27      CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
28              SAN JOSE

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629