1 | JAY R. WEILL (State Bar No. 75434)
SIDEMAN & BANCROFT LLP
2 | One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
3 | Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827
4 |
5 | Attorneys for Defendant SHAILESHKUMAR JAIN a/k/a SAM JAIN

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN JOSE DIVISION**

11 | UNITED STATES OF AMERICA,                    CASE NO. CR-08-00197 JMW (HRL)

12 |              Plaintiff,

13 |       v.                                     **ORDER ON APPLICATION FOR
                                                  PERMISSION TO FILE DECLARATION
14 | SHAILESHKUMAR JAIN, a/k/a SAM JAIN,          UNDER SEAL**

15 |              Defendant.

16

17       Upon Application of Defendant, the Declaration of Jay R. Weill shall be filed Under Seal.

18       07-17-08

19 | DATED: _____          _____
                                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

10237 638913v1

Case No. CR-08-00197 JMW

ORDER ON APPLICATION FOR PERMISSION TO FILE DECLARATION UNDER SEAL