***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** July 21, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00197-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- SJAILESHKUMAR JAIN
    **APPEARANCES:**    (P)

**PLTF:** AUSA: J. Schenk for R. Cheng    **DEFT:** C. Arguedas & J. Weill

**COURT ACTION: GOVERNMENT'S MOTION FOR AN ORDER AUTHORIZING THE TAKING OF FOREIGN WITNESS DEPOSITION**

**Hearing Held.  Government counsel working on the case was unavailable to argue the motion.**

**The Court continued this matter to 7/24/08 @ 10:00 AM.**

    */s/ Jackie Garcia*
       JACKIE GARCIA
    **Courtroom Deputy**