JAY R. WEILL (State Bar No. 75434)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:   (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Defendant SHAILESHKUMAR JAIN a/k/a SAM JAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-08-00197 JMW (HRL) |
|---|---|
| Plaintiff, | **POST-HEARING SUBMISSION** |
| v. | |
| SHAILESHKUMAR JAIN, a/k/a SAM JAIN, | |
| Defendant. | |

Government counsel informed the Court during the hearing on July 17, 2008, that the Government would provide defense counsel on July 21, 2008 with copies of written witness statements. Jain had requested those statements in the Motion to Compel Discovery.

Government counsel did not provide the statement to defense counsel on July 21, 2008 as promised. See attached letter to Government counsel dated July 21, 2008. We have received no response from Government counsel. Jain requests the Court to order the Government to produce the statements of witnesses that it had agreed to produce at the hearing on July 17, 2008.

DATED: July 23, 2008          Respectfully submitted,
                              SIDEMAN & BANCROFT LLP


                              By:  */s/ Jay R. Weill*
                                   Jay R. Weill
                                   Attorneys for Defendant SHAILESHKUMAR JAIN
                                   a/k/a SAM JAIN

**Attachment**



**SIDEMAN & BANCROFT LLP**

One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: 415.392.1960
Facsimile: 415.392.0827

Writer's E-Mail: jweill@sideman.com
Writer's Direct Dial: (415) 733-3939

July 21, 2008

Richard Cheng
Assistant U.S. Attorney
U.S. Attorney's Office
150 Almaden Boulevard
San Jose, California 95113

Re: US v Sam Jain CR-08-00197 RMW (HRL)

Dear Richard:

We have received and reviewed the discovery you produced today (#21296-23371). It appears to consist of copies of bank records.

You informed Magistrate Judge Harold Lloyd on Thursday July 17 during the hearing on Defendant's Motion for Bill of Particulars and Discovery that you would produce the written statements of witnesses today. Please advise when we can expect to receive those statements.

Very truly yours,

Jay R. Weill

cc: Cris Arguedas

10237\648734v1