Cristina C. Arguedas, Esq. (Cal. SB 87787)
Ted W. Cassman (Cal. SB 98932)
Michael W. Anderson, Esq. (Cal. SB 232525)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

*Counsel for Defendant Shaileshkumar Jain a/k/a Sam Jain*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>SHAILESHKUMAR JAIN, a/k/a SAM JAIN<br><br>Defendant. | 08-CR-00197 (RMW) |

**NOTICE OF ATTORNEY APPEARANCE**

I, Ted W. Cassman, of Arguedas, Cassman & Headley, LLP, 803 Hearst Avenue, Berkeley, CA 94710, (510) 845-3000, hereby enter an appearance on behalf of defendant Shaileshkumar Jain, a/k/a Sam Jain, in the above-titled action. I certify that I have been admitted to practice before this court and have filed a certificate of good standing from the California State Bar.

Dated: July 24, 2008

Respectfully submitted,

        ARGUEDAS, CASSMAN & HEADLEY, LLP

        By: /s/   Ted W. Cassman
        Ted W. Cassman
        803 Hearst Avenue
        Berkeley, CA 94710
        (510) 845-3000