***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** July 24, 2008    **TIME:** 10:00 am

**CRIMINAL NO.:** CR-08-00197-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- SHAILESHKUMAR JAIN
**APPEARANCES:**    (P)

**PLTF:** AUSA: R. Cheng    **DEFT:** C. Arguedas & J. Weill

**COURT ACTION: GOVERNMENT'S MOTION FOR AN ORDER AUTHORIZING THE TAKING OF FOREIGN WITNESS DEPOSITIONS**

Hearing Held. The Court heard oral argument from both sides. The Court denied the motion without prejudice to the government refiling their motion with more specificity as to what the witnesses will say. The Court continued this matter to 8/4/08 @ 9:00 AM for a Trial Setting Hearing. The matter is deemed submitted.

/s/ Jackie Garcia
**JACKIE GARCIA**
**Courtroom Deputy**