***E-FILED - 7/25/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-08-00197-RMW |
|---|---|
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE MOTION FOR ORDER AUTHORIZING DEPOSITIONS |
| vs. | |
| SHAILESHKUMAR JAIN, a/k/a SAM JAIN, | |
| Defendant. | |

The motion for an order authorizing depositions pursuant to Fed.R.Crim.P. 15 is denied without prejudice. Any re-application should contain for each proposed deponent: (1) a specific proffer as to what that proposed deponent will say preferably from the proposed deponent himself, and if that is not possible, from a source who has reliable information about what the proposed deponent will say; (2) a factual showing that the proposed deponent will not voluntarily appear in the United States even if costs and expenses are covered by the United States[1]; and (3) the specific legal procedure that will be followed in setting up the deposition including a showing that the country involved will allow the deposition.

A status conference is hereby set for August 4, 2008.

Date: 7/25/08

RONALD M. WHYTE
United States District Judge

---

[1] A conclusive showing of unavailability before a deposition can be taken in a criminal case is not required. *See United States v. Sines*, 761 F.2d 1434, 1439 (9th Cir. 1985).

Order Denying Without Prejudice Motion for Order Authorizing Depositions
Case No. CR-08-00197-RMW

Copy of Order E-Filed to Counsel of Record:

Order Denying Without Prejudice Motion for Order Authorizing Depositions
Case No. CR-08-00197-RMW

2