Jay Weill, Esq. (SBN 75434)
Sideman & Bancroft
One Embarcadero, 8th Floor
San Francisco, CA 94111-3629
Telephone: (415) 392-1960
Fax: (415) 392-0827

CRISTINA C. ARGUEDAS (SBN 87787)
TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
Shaileshkumar Jain

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Shaileshkumar Jain,<br><br>Defendants.<br>_____/ | NO. CR 08-00197 RMW<br><br>WAIVER OF DEFENDANT'S RIGHT TO BE PRESENT<br>[Rule 43(b)(3), Fed. Rules Crim. Pro.] |

Pursuant to Rule 43(b)(3), Fed. Rules Crim. Pro., I hereby waive my right to be present at any hearing involving only a conference or hearing on a question of law. This waiver specifically includes the hearing currently scheduled for August 4, 2008, at 9:00 a.m., subject to any further order of the Court. I understand that the Court is likely to set a date for jury trial in this matter and that I will be ordered to be on court on that date. I agree to be bound by such order.

1

1 | DATED: August 5, 2008

5 | Approved: August 5, 2008

_____
Defendant Shaileshkumar Jain

_____
Ted W. Cassman, Attorney for
Defendant Jain

2