**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Clanton

**DATE:** August 4, 2008           **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00197-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- SHAILESHKUMAR JAIN (N/A)
     **APPEARANCES:**

**PLTF:** AUSA: R. Cheng          **DEFT:** J. Weill & T. Cassman

**COURT ACTION:** STATUS HEARING

**Hearing Held. The defendant's appearance is waived. The Court set the matter for trial.**

**Pretrial Conference set for 9/4/08 @ 2:00 PM; Jury Trial set for 9/8/08 @ 1:30 PM.**

          /s/ Jackie Garcia
          **JACKIE GARCIA**
         **Courtroom Deputy**