Cristina C. Arguedas, Esq. (Cal. SB 87787)
Ted W. Cassman (Cal. SB 98932)
Michael W. Anderson, Esq. (Cal. SB 232525)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

*Counsel for Defendant Shaileshkumar Jain a/k/a Sam Jain*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>SHAILESHKUMAR JAIN, a/k/a SAM JAIN<br><br>Defendant. | 08-CR-00197 (RMW) |

**WAIVER OF SPEEDY TRIAL RIGHTS**

I, SHAILESHKUMAR JAIN, a/k/a SAM JAIN, hereby:

(1) waive my rights to a Speedy Trial under The Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.* and the Sixth Amendment of the Constitution of the United States;

(2) agree that the Court should find excludable time for pretrial preparation and continuity of counsel under 18 U.S.C. §§ 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv); and

(3) move this Court to vacate the date currently set for trial, September 8, 2008. The government consents to vacating the trial date. However, the parties respectfully ask the Court to maintain September 8, 2008 as a date on which the parties may appear before the Court for other purposes.

Dated: August 8, 2008 in Berkeley, CA

Respectfully submitted,

_____
SAM JAIN


ARGUEDAS, CASSMAN & HEADLEY, LLP

By: _____
Ted W. Cassman
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000

Cristina C. Arguedas, Esq. (Cal. SB 87787)
Ted W. Cassman (Cal. SB 98932)
Michael W. Anderson, Esq. (Cal. SB 232525)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

*Counsel for Defendant Shaileshkumar Jain a/k/a Sam Jain*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA<br><br>-against-<br><br>SHAILESHKUMAR JAIN, a/k/a SAM JAIN<br><br>Defendant. | 08-CR-00197 (RMW) |
|---|---|

## [PROPOSED] ORDER VACATING THE CURRENTLY SET TRIAL DATE

For good cause appearing, in that the defendant has waived his rights to a speedy trial and the government consents, the Court hereby:

(1)  orders that the currently set trial date of September 8, 2008 be VACATED;

(2)  finds excludable time for pretrial preparation and continuity of counsel under 18 U.S.C. §§ 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv); and

(3)  orders that the parties appear before the Court on September 8, 2008 for scheduling purposes.

IT IS SO ORDERED.                                   _____

Hon. Ronald M. Whyte