1 | Jay Weill, Esq. (SBN 75434)
Sideman & Bancroft
2 | One Embarcadero, 8th Floor
San Francisco, CA 94111-3629
3 | Telephone: (415) 392-1960
Fax: (415) 392-0827
4 |
5 | CRISTINA C. ARGUEDAS (SBN 87787)
TED CASSMAN (SBN 98932)
6 | ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
7 | Berkeley, CA 94710
Phone: 510.845.3000
8 | Fax: 510.845.3003

9 | Attorneys for Defendant
Shaileshkumar Jain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE VENUE

| UNITED STATES OF AMERICA, | NO. CR 08-00197 RMW |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE |
| vs. | |
| Shaileshkumar Jain, | |
| Defendants. | |

It is hereby stipulated by and between the parties that the trial date currently set to commence on September 8, 2008, should be vacated and that this matter should remain on the Court's calendar on September 4, 2008 at 2:00 p.m. for a status conference. The reason for this request arises from the government's ongoing investigation concerning possible additional charges and the need for defense counsel

1

to have adequate time for pre-trial preparation and continuity of counsel.  It is further stipulated that there is excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv).

DATED: August 18, 2008

                                              /s/
Ted W. Cassman, Attorney for
Defendant Shaileshkumar Jain

DATED: August 18, 2008

                                              /s/
Richard Cheng,
Assistant U.S. Attorney

1  Jay Weill, Esq. (SBN 75434)
   Sideman & Bancroft
2  One Embarcadero, 8th Floor
   San Francisco, CA 94111-3629
3  Telephone:  (415) 392-1960
   Fax: (415) 392-0827
4

5  CRISTINA C. ARGUEDAS (SBN 87787)
   TED CASSMAN (SBN 98932)
6  ARGUEDAS, CASSMAN & HEADLEY, LLP
   803 Hearst Avenue
7  Berkeley, CA 94710
   Phone: 510.845.3000
8  Fax: 510.845.3003

9  Attorneys for Defendant
   Shaileshkumar Jain
10

11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE VENUE

16

17  UNITED STATES OF AMERICA,              NO. CR 08-00197 RMW

18         Plaintiff,                      [PROPOSED] ORDER TO
                                           VACATE TRIAL DATE
19  vs.

20  Shaileshkumar Jain,

21         Defendants.
    _____/
22

23      Based upon the parties' stipulation and good cause appearing therefor, it is

24  hereby ordered that the trial date currently on September 8, 2008, is  vacated and that

25  the scheduled appearance in this matter on September 4, 2008 at 2:00 p.m. is

26  converted to a status conference.   It is further ordered that there is excludable time

27  pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv).

28                                      1

1  DATED: August __, 2008

                                          _____
                                          RONALD M. WHYTE, Judge
                                          United States District Court

2