Cristina C. Arguedas, Esq. (Cal. SB 87787)
Ted W. Cassman (Cal. SB 98932)
Michael W. Anderson, Esq. (Cal. SB 232525)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

*E-FILED - 8/21/08*

*Counsel for Defendant Shaileshkumar Jain a/k/a Sam Jain*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA<br><br>-against-<br><br>SHAILESHKUMAR JAIN, a/k/a SAM JAIN<br><br>Defendant. | 08-CR-00197 (RMW) |
|---|---|

### [] ORDER VACATING THE CURRENTLY SET TRIAL DATE

For good cause appearing, in that the defendant has waived his rights to a speedy trial and the government consents, the Court hereby:

(1) orders that the currently set trial date of September 8, 2008 be VACATED;

(2) finds excludable time for pretrial preparation and continuity of counsel under 18 U.S.C. §§ 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv); and

(3) orders that the parties appear before the Court on September 8, 2008 for scheduling purposes.

IT IS SO ORDERED.

Dated: 8/21/08

*Ronald M. Whyte*
_____
Hon. Ronald M. Whyte