Jay Weill, Esq. (SBN 75434)
Sideman & Bancroft
One Embarcadero, 8th Floor
San Francisco, CA 94111-3629
Telephone: (415) 392-1960
Fax: (415) 392-0827

CRISTINA C. ARGUEDAS (SBN 87787)
TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
Shaileshkumar Jain

*E-FILED - 8/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-00197 RMW |
| Plaintiff, | [] ORDER TO VACATE TRIAL DATE |
| vs. | |
| Shaileshkumar Jain, | |
| Defendants. _____/ | |

Based upon the parties' stipulation and good cause appearing therefor, it is hereby ordered that the trial date currently on September 8, 2008, is vacated and that the scheduled appearance in this matter on September 4, 2008 at 2:00 p.m. is converted to a status conference.   It is further ordered that there is excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv).

1

1  DATED: August 21, 2008

3  *Ronald M. Whyte*
   RONALD M. WHYTE, Judge
4  United States District Court