***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Gina Colin

**DATE:** January 12, 2009        **TIME:** 9:00 am    *(Time: 6 mins.)*

**CRIMINAL NO.:** CR-08-00197-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- SHAILESHKUMAR JAIN   (N/A)
  **APPEARANCES:**

**PLTF:** AUSA: R. Cheng        **DEFT:** C. Arguedas

**COURT ACTION: STATUS HEARING**

**Hearing Held.  Defendant was ordered to appear today and defendant failed to appear. Defense counsel had nothing to add as to the whereabouts of the defendant.  Government advised that the FTC has filed a civil lawsuit against the defendant.  The Court issued a bench warrant for defendant's failure to appear.  The Court will stay the bench warrant until 1/26/09.  The Court continued this matter to 1/26/09 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation to 1/26/09.  Government to prepare exclusion order.**

  */s/ Jackie Garcia*
     JACKIE GARCIA
   **Courtroom Deputy**