**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** January 26, 2009     **TIME:** 9:00 am   *(Time: 3 mins.)*

**CRIMINAL NO.:** CR-08-00197-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- SHAILESHKUMAR JAIN
    **APPEARANCES:**          (N/A)

**PLTF:** AUSA: J. Schenk for R. Cheng     **DEFT:** R. Goldman

**COURT ACTION: STATUS HEARING**

**Hearing Held.  No appearance was made by the defendant.  The Court orders to lift the stay on the issuance of the bench warrant.  Also, the Court orders the $250,000 cash bond forfeited.**

  */s/ Jackie Garcia*
     **JACKIE GARCIA**
   **Courtroom Deputy**