JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

RICHARD C. CHENG (CASBN 135992)
JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

*E-FILED - 1/29/09*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHAILESHKUMAR JAIN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 08-00197-RMW <br><br> STIPULATION AND [] <br> ORDER EXCLUDING TIME FROM <br> DECEMBER 15, 2008 TO JANUARY 12, <br> 2009 FROM THE SPEEDY TRIAL ACT <br> CALCULATION (18 U.S.C. § <br> 3161(h)(8)(A)) |

     On December 15, 2008, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter. At that time, the Court set the matter for a hearing on January 12, 2009.

     The parties stipulate that the time between December 15, 2008 and January 12, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

1 that the ends of justice served by granting the requested continuance outweigh the best interest of
2 the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3 U.S.C. §3161(h)(8)(A).

5 DATED: December 15, 2008    JOSEPH P. RUSSONIELLO
                              United States Attorney

7                             ___/s/_____
                              JEFFREY B. SCHENK
8                             Assistant United States Attorney

10                            ___/s/_____
                              CRISTINA C. ARGUEDAS
11                            TED CASSMAN
                              Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between December 15, 2008 and January 12, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:  1/29/09

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE