1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  RICHARD CHENG (CASBN 135992)
   Assistant United States Attorneys
5
      United States Attorney's Office
6     150 Almaden Boulevard, 9th Floor
      San Jose, California 95113
7     Telephone:  (408) 535-5032
      Facsimile: (408) 535-5066
8     E-mail: richard.cheng@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14
   UNITED STATES OF AMERICA,        )   No. CR 08-0197 RMW
15                                   )
          Plaintiff,                  )   NOTICE TO THE CLERK OF THE
16                                   )   COURT
      v.                              )
17                                   )
   SHAILESHKUMAR JAIN,               )
18                                   )
          Defendant,                  )
19                                   )
                                     )
20

21 TO: THE CLERK OF THE COURT

22       Pursuant to Federal Rule of Criminal Procedure 46(e)(3), you are hereby requested

23 to serve forthwith (1) a copy of the accompanying Notice of Motion and Motion for

24 Judgment on Forfeiture of Bond, (2) a copy of the accompanying Judgment on Forfeiture

25 of Bond, (3) a copy of the accompanying Declaration of Assistant United States Attorney

26 Richard Cheng In Support of Motion For Judgment on Forfeiture of Bond, and (4) a copy

27 of this Notice, upon the following person at his last known addresses: Shaileshkumar

28 Jain, 355 First Street, 28th Floor, San Francisco, California 94105.

1 | You are directed to effect service by mailing the above-described documents by
2 | first class mail.

3 | Respectfully submitted,

4 | JOSEPH P. RUSSONIELLO
United States Attorney

7 | Dated:   January 29, 2009          By:   _____
RICHARD C. CHENG
8 | Assistant United States Attorney

Notice to Clerk
CR 08CR00197-RMW                              2