JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

RICHARD CHENG (CASBN 135992)
Assistant United States Attorneys

United States Attorney's Office
150 Almaden Boulevard, 9th Floor
San Jose, California 95113
Telephone: (408) 535-5032
Facsimile: (408) 535-5066
E-mail: richard.cheng@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHAILESHKUMAR JAIN, ) <br> ) <br> Defendant, ) <br> ) <br> _____ ) | No. CR 08- 00197-RMW <br><br> NOTICE OF MOTION AND MOTION FOR JUDGMENT ON FORFEITURE OF BOND |

PLEASE TAKE NOTICE that on February 9, 2009 at 9:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable Ronald M. Whyte, United States District Judge, in the United States District Court at 280 South First Street, Courtroom 6, San Jose, California, the United States will and hereby does move the Court, pursuant to Rule 46(e)(3) of the Federal Rules of Criminal Procedure and based on the Court's prior declaration of forfeiture of the bail in this matter, to enter a judgment against the Defendant, and direct execution upon such judgment.

IN SUPPORT THEREOF, the Unites States alleges as follows:

1. On May 22, 2008, the Defendant executed a bond in the sum of $250,000, conditioned upon the appearance of the Defendant in this Court as ordered by this Court to answer one or more charges brought by the United States against the Defendant. The

1  Defendant surrendered a cashier's check in the amount of $250,000 and provided that
2  amount to the Court as security.  In addition, the Defendant executed an agreement to
3  forfeit the amount of $250,000, provided for security if the Defendant failed to appear as
4  ordered by the Court.  This agreement was evidenced by the signing and filing of the
5  acceptance of Conditions of Release on May 22, 2008.  In the Acceptance of Bond
6  Conditions, the Defendant acknowledged his understanding that he would lose the
7  designated money if he, the Defendant failed to comply with the Court's orders to appear.
8          2.      On December 15, 2008, this Court ordered the Defendant to personally
9  appear at the next status conference date set for January 12, 2008.
10         3.      On January 12, 2009, the Defendant failed to appear as ordered by the
11 Court.  This Court issued a bench warrant for the arrest of the Defendant, however stayed
12 the execution of the warrant until January 26, 2009 to allow the Defendant the
13 opportunity to comply with the Court's order to be personally present at the next court
14 date.
15         4.      On January 26, 2009, the Defendant again failed to appear as ordered by the
16 Court.
17         3.      On that same date of January 26, 2009, because of the Defendant's failure to
18 appear, this Court ordered that the previously issued bench warrant issued for the
19 Defendant's arrest be activated, and declared the bail forfeited to the United States.  The
20 warrant remains outstanding.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

Notice and Motion for Judgement
on Forfeiture of Bond
CR 08- 00197 RMW                                 2

WHEREFORE , the United States requests:

1. That the Court enter a judgment in favor of the United States and against the Defendant, in the sum of $250,000, plus interest from the date of entry of judgment as provided by law until paid in full, plus costs of court.

2. That the full amount of $250,000 previously surrendered to the Court by the Defendant as security be forfeited to the United States Treasury Department.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 29, 2009    By: _____
RICHARD C. CHENG
Assistant United States Attorney

Notice and Motion for Judgement
on Forfeiture of Bond
CR 08- 00197 RMW                3