JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

RICHARD CHENG (CASBN 135992)
Assistant United States Attorneys

   United States Attorney's Office
   150 Almaden Boulevard, 9th Floor
   San Jose, California 95113
   Telephone:  (408) 535-5032
   Facsimile: (408) 535-5066
   E-mail: richard.cheng@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0197 RMW |
| Plaintiff, | ) | JUDGMENT ON FORFEITURE OF BOND |
| v. | ) | |
| SHAILESHKUMAR JAIN, | ) | |
| Defendant | ) | |
| _____ | ) | |

     The United States of America has moved for a judgment against the Defendant, based upon this Court's prior declaration of forfeiture of the bail in this matter, and that this Court direct execution upon such judgment.

     1.    On May 22, 2008, the Defendant executed a bond in the sum of $250,000, and provided a cashier's check to the Court in that amount to serve as security, conditioned upon the appearance of the Defendant in this Court as ordered by this Court to answer one or more charges brought by the United States against the Defendant.  In addition, the Defendant agreed to and accepted the Conditions of Release  to forfeit the

1  entire amount of the $250,000 placed as security if the Defendant failed to appear as
2  ordered by the Court.   This agreement was evidenced by the signing and filing of the
3  Acceptance of Order Setting Conditions of Release containing the agreement to the
4  forfeiture of the $250,000, provided for security if the Defendant failed to appear as
5  ordered by the Court.  During the Court proceeding before Magistrate Trumbull on
6  May 22, 2008,  the Defendant additionally orally acknowledged his understanding that he
7  would lose the designated money if he, the Defendant failed to comply with the Court's
8  orders to appear.
9      2.    On the following date or dates,  the  Defendant failed to appear as ordered
10 by the Court: January 12, 2009 and January 26, 2009.
11     3.    On January 12, 2009, because of the Defendant's failure to appear, this
12 Court ordered that a bench warrant issue for the Defendant's arrest, however stayed the
13 warrant for two weeks in order to allow the Defendant to personally appear on January
14 26, 2009.
15     4.    On January 26, 2009, because the Defendant failed to appear again, this
16 Court declared the bail and designated property forfeited to the United States.  The
17 warrant remains outstanding.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Judgement on Forfeiture of Bond
CR 08- 0197 RMW                    2

1  Based on the above findings, and for good cause shown,

2  IT IS HEREBY ORDERED:

3  1. That judgment is entered in favor of the United States and against the
4  Defendant, in the sum of $250,000, plus interest from the date of entry of judgment as
5  provided by law until paid in full, plus costs of court; and

6  2. That the full amount of $250,000 previously surrendered to the Court by the
7  Defendant as security, be forfeited to the United States Treasury Department.

11  Dated: _____

RONALD M. WHYTE
United States District Judge