JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

RICHARD CHENG (CASBN 135992)
Assistant United States Attorneys

    United States Attorney's Office
    150 Almaden Boulevard, 9th Floor
    San Jose, California 95113
    Telephone:  (408) 535-5032
    Facsimile: (408) 535-5066
    E-mail: richard.cheng@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00197 RMW |
|     Plaintiff, ) | DECLARATION OF RICHARD C. CHENG IN SUPPORT OF MOTION FOR JUDGMENT ON FORFEITURE OF BOND |
|     v. ) | |
| SHAILESHKUMAR JAIN, ) | |
|     Defendant ) | |
| _____ ) | |

I, Richard C. Cheng, declare and state as follows:

1.     I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California.

2.     In connection with my official duties, I have been assigned to represent the United States in the above-captioned matter.

3.     On May 22, 2008, the Defendant executed a bond in the sum of $250,000, and surrendered a cashier's check in that amount to the Court to secure the Defendant's release, conditioned upon the appearance of the Defendant in this Court as ordered by this

1 Court to answer one or more charges brought by the United States against the Defendant. Attached hereto as **Exhibit A** is a true and correct copy of the bond. In addition, the Defendant accepted the Conditions of Release and agreed to forfeit the amount of $250,000 provided for security if the Defendant failed to appear as ordered by the Court. This agreement was evidenced by the signing and filing of the Order Setting Conditions of Release and the surrendering of the cashier's check in the amount of $250,000, provided for security if the Defendant failed to appear as ordered by the Court. Attached hereto as **Exhibit B** are true and correct copies of the Acceptance of Order Setting Conditions of Release. In the Acceptance, the Defendant acknowledged his understanding that he would lose the designated property if he, the Defendant failed to comply with the Court's orders to appear.

2. On the following date or dates, the Defendant failed to appear as ordered by the Court: January 12 and 26, 2009.

3. On January 12, 2009, after the Defendant's failure to appear, this Court ordered that a bench warrant issue for the Defendant's arrest, however stayed the execution of the warrant for two weeks to allow the Defendant to appear on January 26, 2009. On January 26, 2009, the Defendant again failed to appear, and this Court declared the bail and designated property forfeited to the United States. The warrant remains outstanding.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of January, 2009, at San Jose, California.

_____
RICHARD C. CHENG
Assistant U.S. Attorney

Declaration in Support of
Motion for Judgement
on Forfeiture of Bond
CR 08CR 00197 RMW                2