| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6816 |
| 7 | Facsimile: (415) 436-7234<br>Email: stephanie.hinds@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAILESHKUMAR JAIN,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) | No. CR 08-0197 RMW<br><br>**NOTICE OF RELATED CASES AND/OR ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $598,887.14 IN FUNDS SEIZED FROM MERRILL LYNCH ACCOUNT #***-07731,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No.  CV 09-1727 JW |

The United States hereby submits this Notice of Related Cases pursuant to Civil Local Rule 3-12 and Criminal Local Rule 8-1.  The government contends that the above-captioned matters are related because they were borne out of the same investigation which resulted in an indictment of defendant and potential claimant Shaileshkumar Jain for criminal copyright infringement, trafficking in counterfeit goods, wire fraud and mail fraud.

1   On March 26, 2008, a Federal Grand Jury for the Northern District of California returned an indictment charging Shaileshkumar Jain with criminal copyright infringement in violation of 17 U.S.C. § 506(a)(1) and 18 U.S.C. § 2319(b)(1), trafficking in counterfeit goods in violation of 18 U.S.C. § 2320(a), conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1343, and mail fraud, in violation of 18 U.S.C. § 1341.

On April 21, 2009, plaintiff commenced a civil action seeking forfeiture against the defendant approximately $598,887.14 in funds seized from Merrill Lynch Account #***-07731. In its complaint, the government alleged that the defendant funds constitute proceeds and/or is derived from proceeds traceable to a violation of a specified unlawful activity, namely wire and mail fraud, and thus subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). The government further alleged that the defendant funds represent property involved in or traceable to money laundering transactions and subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

As evidenced above, these cases are related in that they both concern the facts and circumstances relating to Shaileshkumar Jain's fraud and money laundering activities. Both cases may generate identical motions, evidentiary issues, and questions of law. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the action.

Dated: 04/22/09                         Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        _____/S/_____
                                        STEPHANIE M. HINDS
                                        Assistant United States Attorney