IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAILESHKUMAR JAIN,

Defendant.

***E-FILED - 5/13/10***

CASE NO.: CR-08-00197-01-RMW

**ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (FUGITIVE STATUS)**

IT IS HEREBY ORDERED that this case is reassigned as to defendant Shaileshkumar Jain to the Executive Committee pursuant to General Order 44E.5, (Reassignment of Fugitive Criminal Cases.) The case is not pending against any other defendant.

DATED: 5/13/10

_____
RONALD M. WHYTE
United States District Judge

2 | Copy of Order E-Filed to Counsel of Record:

2

Order of Reassignment