FILED

August 27, 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 08-CR-00197-~~EXE~~ RMW |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| SHAILESHKUMAR JAIN, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Shaileshkumar Jain without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against Shaileshkumar Jain.

DATED: 8/25/2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

    /s/
HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR _08-00197-EXE_          v. 7/10/2018

Leave is granted to the government to dismiss the indictment against Shaileshkumar Jain. It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

Date: August 27, 2020

_____
HON. JON S. TIGAR
United States District Judge